IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  23-cr-419-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER CARL MEIER,

    Defendant.

---

## INDICTMENT

The Grand Jury charges:

### COUNT 1

Between in or about September 2019 and in or about April 2021, in the State and District of Colorado and elsewhere, CHRISTOPHER CARL MEIER, defendant herein, a person with a prior conviction under the laws of any state relating to the possession, receipt, mailing, sale, distribution, shipment, and transportation of child pornography, did knowingly conspire with others unknown to the Grand Jury to knowingly distribute child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce and that has been mailed, and has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

1

## COUNTS 2-6

On or about the dates set forth below, in the State and District of Colorado and elsewhere, CHRISTOPHER CARL MEIER, defendant herein, a person with a prior conviction under the laws of any state relating to the possession, receipt, mailing, sale, distribution, shipment, and transportation of child pornography, knowingly distributed and attempted to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce and that has been mailed, and has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, each date constituting a separate incident and count of this indictment, to wit:

| Count | Date |
|---|---|
| 2 | May 3, 2020 |
| 3 | May 23, 2020 |
| 4 | October 8, 2020 |
| 5 | January 1, 2021 |
| 6 | March 27, 2021 |

All in violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts 1-6 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code Section 2253.

2. Upon conviction of any of the violations alleged in Counts 1-6 of this Indictment involving violations of Title 18, United States Code, Section 2252A, the

defendant, CHRISTOPHER CARL MEIER, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all of the defendant's right, title and interest in:

   a.   any visual depiction described in section 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of Title 18, or any book, magazine, periodical, film or videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received;

   b.   any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

   c.   any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3.   If any of the property described in paragraph 2 above, as a result of any act or omission of the defendant:

   a.   cannot be located upon the exercise of due diligence;

   b.   has been transferred or sold to, or deposited with, a third party;

   c.   has been placed beyond the jurisdiction of the Court;

   d.   has been substantially diminished in value; or

   e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section

853(p) as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:

<u>Ink signature on file in the Clerk's Office</u>
FOREPERSON

COLE FINEGAN
United States Attorney

By: <u>*s/ Alecia L. Riewerts*</u>
Alecia L. Riewerts
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0401
E-mail:  Alecia.Riewerts@usdoj.gov
Attorney for Government

By: <u>s/ *Kyle P. Reynolds*</u>
Kyle P. Reynolds
Trial Attorney
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section
1301 New York Avenue, NW
Washington, DC 20005
Telephone: 202-616-2842
Fax: 202-514-1793
E-mail:  Kyle.Reynolds@usdoj.gov
Attorney for Government