| | |
|---|---|
| DEFENDANT: | CHRISTOPHER CARL MEIER |
| YOB: | 1983 |
| COMPLAINT FILED? | _____ Yes   __X__ No |
| OFFENSE(S): | **Count 1:**<br>18 U.S.C. § 2252A(a)(2) and (b)(1) (Conspiracy to Distribute Child Pornography)<br><br>**Counts 2-6:**<br>18 U.S.C. § 2252A(a)(2) and (b)(1) (Distribution of Child Pornography) |
| LOCATION OF OFFENSE: | Denver County, Colorado, and Elsewhere |
| PENALTY: | **Counts 1-6:**  If it is determined that the defendant has no prior sex-related convictions, NLT 5 years, NMT 20 years; NMT $250,000 fine, or both; supervised release of NLT 5 years, NMT life; $100 Special Assessment.  However, if defendant has a prior conviction under Chapters 110, 71, 109A, 117, Title 18 section 1591, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, or sex trafficking of children, NLT 15 years, NMT 40 years; NMT $250,000 fine, or both, supervised release of NLT 5 years, NMT life; $100 Special Assessment.  For offenses under Chapters 77, 109A, 110, 117 committed on or after May 29, 2015, $5,000 Special Assessment if the defendant is a non-indigent person.  For offenses committed on or after December 7, 2018, a Special Assessment of no more than $35,000 if convicted of any trafficking in child pornography offense as defined by 18 U.S.C. Section 2259(c)(3), which includes offenses under 18 U.S.C. Sections 2251(d), 2252(a)(1) through (3), 2252A(a)(1) through (4), 2252A(g) (in cases in which the series of felony violations exclusively involves violations of sections 2251(d), 2252, 2252A(a)(1) through (5), or 2260(b)), or 2260(b).<br><br>**Forfeiture Allegation** |
| AGENTS: | Special Agent Vanitha Pandi<br>Special Agent Christopher Scrabis<br>Special Agent Tory Smith<br>FBI |

1

| | |
|---|---|
| <u>AUTHORIZED BY:</u> | Alecia L. Riewerts<br>Assistant U.S. Attorney |
| | Kyle P. Reynolds<br>Trial Attorney<br>U.S. Department of Justice<br>Criminal Division, Child Exploitation and Obscenity Section |

<u>ESTIMATED TIME OF TRIAL</u>:

<u> X </u>  five days

<u>THE GOVERNMENT</u>

<u>X  </u>  will seek detention in this case based on 18 U.S.C. § 3142(f)(1)(A)

The statutory presumption of detention is applicable to this defendant.