AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 1:23-cr-00419-RMR |
| Christopher Carl Meier | ) | | |
| *Defendant* | ) | | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America                                                                                        .

Date:     10/12/2023                                          /s/ Kyle P. Reynolds
                                                                          *Attorney's signature*

                                                          Kyle P. Reynolds (NY Bar No. 4703856)
                                                                       *Printed name and bar number*

                                                     U.S. Department of Justice, Criminal Division
                                                      Child Exploitation and Obscenity Section
                                                              1301 New York Avenue, NW
                                                                  Washington, DC 20005
                                                                              *Address*

                                                                 kyle.reynolds@usdoj.gov
                                                                         *E-mail address*

                                                                      (202) 616-2842
                                                                      *Telephone number*

                                                                      (202) 514-1793
                                                                         *FAX number*