IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 23-cr-00419-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CHRISTOPHER CARL MEIER,

    Defendant.

## UNOPPOSED MOTION FOR A PROTECTIVE ORDER

The United States of America ("the government"), by and through Alecia L. Riewerts, Assistant United States Attorney for the District of Colorado, and Kyle P. Reynolds, Trial Attorney, Child Exploitation and Obscenity Section, U.S. Department of Justice, hereby moves this Court for a protective order.

1. Due to the nature of the charges, the privacy protection measures set forth below and afforded under the Child Victims' and Child Witnesses' Rights Act (the "Act"), 18 U.S.C. § 3509, including § 3509(d), apply to this case.

2. The Act affords certain protections to child victims and child witnesses, including requiring the parties and other personnel to maintain the confidentiality of any documents disclosing the name of and information concerning a minor victim, maintain the confidentiality of any information in said documents concerning a minor victim, maintain the confidentiality of the minor victim's identity in all public filings and court proceedings, and file under seal without the necessity of a Court order any filings that disclose the identity or other personal information of the minor victim.

3.  The government submits that due to the nature of the case and due to the underlying discovery, there is a significant possibility that without a protective order, names or other information concerning minor victims or witnesses could be disclosed, which would be detrimental to the minors.

4.  Because the provisions of the Act apply, the government is requesting a protective order that governs filings in this case consistent with 18 U.S.C. § 3509(d) and as suggested in the Proposed Order attached hereto.

5.  Additionally, the government respectfully requests a protective order in this case limiting disclosure of the discovery materials related to names or other information concerning minor victims or witnesses, as the government believes that the unnecessary disclosure of documents which contain identifying information related to the minor victims or witnesses could be detrimental to the minors.

6.  Further, the discovery in this case includes information and documents related to an investigation conducted on a Tor network-based hidden services website ("Target Website").  The defendant is alleged to have been a member of the Target Website, which is dedicated to the advertising and distribution of child pornography.  Disclosure of the name of and information related to the Target Website could alert former website users to the investigation, potentially provoking users to notify other users of law enforcement action, flee, and/or destroy evidence.  Disclosure of discovery material related to the Target Website without the requested protective order would therefore harm ongoing investigations.  This request is consistent with Rule 16(d), which allows the Court to regulate discovery and restrict discovery or inspection for good cause.  Additionally, the scope of the requested protective order is narrowly tailored to address the above concern, in that the order does not restrict defense counsel or the

defendant's access to discovery. It only prevents defense counsel from providing information or documents related to the Target Website to anyone not on the defense team.

7. The government has consulted with counsel for the defendant and informs the Court that the defendant does not object to the entry of the proposed protective order.

8. WHEREFORE, the government respectfully requests the Court enter a protective order consistent with those suggested in the Proposed Order, which is attached.

Respectfully submitted,

COLE FINEGAN
United States Attorney

*s/ Alecia L. Riewerts*
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0401
E-mail:  Alecia.Riewerts@usdoj.gov

*s/ Kyle P. Reynolds*
Trial Attorney
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section
1301 New York Avenue, NW
Washington, DC 20005
Telephone: 202-616-2842
Fax: 202-514-1793
E-mail:  Kyle.Reynolds@usdoj.gov

Attorneys for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2023, I electronically filed the foregoing **UNOPPOSED MOTION FOR PROTECTIVE ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

**Defense Attorney:**
Stephanie Snyder

**Email Address:**
stephanie_snyder@fd.org

*s/ Alecia L. Riewerts*
By: Alecia L. Riewerts
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0401
E-mail:  Alecia.Riewerts@usdoj.gov
Attorney for Government