IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   23-cr-00419-RMR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CHRISTOPHER CARL MEIER,

      Defendant.

## NOTICE OF DISPOSITION

Defendant, Christopher Carl Meier, by and through counsel, Stephanie Snyder, Assistant Federal Public Defender, hereby notifies this Honorable Court that he intends to plead guilty to all counts in the indictment, without an agreement with the government. Defendant notes that a change of plea hearing is set for July 9, 2024, at 3:00 p.m.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender

      s/ *Stephanie Snyder*
      STEPHANIE SNYDER
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone: (303) 294-7002
      FAX: (303) 294-1192
      Stephanie_Snyder@fd.org
      Attorney for Mr. Meier

## **CERTIFICATE OF SERVICE**

 I hereby certify that on June 10, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

 Alecia Riewarts, Assistant United States Attorney
 Email:  Alecia.Riewarts@usdoj.gov

 Kyle P. Reynolds, Trial Attorney
 Email:  Kyle.Reynolds@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

 Christopher Carl Meier (via hand-delivery)

        s/ *Stephanie Snyder*
        STEPHANIE SNYDER
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone: (303) 294-7002
        FAX: (303) 294-1192
        Stephanie_Snyder@fd.org
        Attorney for Mr. Meier