IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 23-cr-00419-RMR-1 | Date: July 9, 2024 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Sadie Herbert |

<u>Parties:</u>                                          <u>Counsel:</u>

UNITED STATES OF AMERICA,                 Alecia Lynne Riewerts

    Plaintiff,

v.

1. CHRISTOPHER CARL MEIER,                 Stephanie Maureen Snyder

    Defendant.

---

## COURTROOM MINUTES

---

**CHANGE OF PLEA HEARING**

**3:03 p.m.      Court in session.**

Court calls case. Appearances of counsel.  Defendant present in custody.

Defendant sworn.

Defendant's Plea of Guilty and Statement of Facts Relevant to Sentencing (Without Plea Agreement) (Court Exhibit 1), and Statement by Defendant in Advance of Plea of Guilty (Without Plea Agreement) (Court Exhibit 2), are tendered to the court.

Defendant advised of appellate rights, penalties, sentencing guidelines, trial rights, and other constitutional rights.

Defendant enters a plea of guilty to Counts 1-6 of the Indictment and admits to the forfeiture allegation.

Court states its findings of fact and conclusions of law.

**ORDERED:**  Court Exhibits 1 and 2 are admitted.

**ORDERED:**  Defendant's plea of guilty is accepted.

**ORDERED:**  The Probation Department shall conduct a presentence investigation and file a presentence report.

**ORDERED:**  Sentencing is set for October 15, 2024, at 2:00 p.m. in Courtroom A901 before Judge Regina M. Rodriguez.

**ORDERED:**  Counsel shall file their sentencing positions and all motions at least 14 days before the sentencing date.  Responses or objections shall be filed no later than 7 days before the sentencing date.

**ORDERED:**  Trial set for July 15, 2024 in Courtroom A901 before Judge Regina M. Rodriguez, and all dates other than the Sentencing date are VACATED.

**ORDERED:**  Any pending pretrial motions on behalf of the Defendant are deemed MOOT.

**ORDERED:**  Defendant is remanded to the custody of the U. S. Marshal.

**3:37 p.m.**     **Court in recess.**

Hearing concluded.
Total time in court:    00:34