IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    23-cr-00419-RMR

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CHRISTOPHER CARL MEIER,

        Defendant.

### UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Christopher Carl Meier, by and through his attorney, Stephanie Snyder, and without opposition from the United States, through Assistant United States Attorney Alecia Riewerts and U.S. DOJ Trial Attorney Kyle Reynolds, hereby respectfully requests that the Court continue his October 15, 2024, sentencing hearing to a date approximately 30 days from the currently scheduled hearing. In support of this motion, Mr. Meier states as follows:

1. On July 9, 2024, Mr. Meier entered a guilty plea in the above-captioned case, and the Court scheduled his sentencing hearing to take place on October 15, 2024. *See* ECF No. 24.

2. Since the time of the change of plea hearing, counsel for Mr. Meier has learned that she will need to go on medical leave for an estimated four to six weeks during August and September of this year. While counsel hopes to be back to work in at least a part-time capacity by early October, her anticipated medical leave will encompass the time frame during which she would need to review the Presentence Report with Mr. Meier (who is in custody at the Washington County Jail in Akron, Colorado) as well as to prepare sentencing filings in this case. Given this

circumstance, counsel respectfully submits that she needs a relatively modest amount of additional time in order to meaningfully prepare for the sentencing hearing in this case.

3.  For the foregoing reasons, Mr. Meier respectfully requests an approximately 30-day continuance of his sentencing hearing. Counsel anticipates that this would provide her with sufficient time to review the PSR with Mr. Meier and to be prepared for sentencing.

4.  Counsel has consulted with the assigned Assistant U.S. Attorney, Alecia Riewerts, as well as with U.S. DOJ Trial Attorney Kyle Reynolds, who have indicated that they do not oppose this motion. Government counsel has indicated that it is available for a rescheduled sentencing hearing during the weeks of November 18th, December 2nd, December 9th, and December 16th if the Court is able to accommodate a hearing within these time-frames. Counsel has also discussed this matter with Mr. Meier who specifically consents to the relief requested herein.

WHEREFORE, Mr. Meier respectfully requests that the Court continue his sentencing hearing for approximately thirty days.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/ *Stephanie Snyder*
STEPHANIE SNYDER
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Stephanie_Snyder@fd.org
Attorney for Christopher Meier

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2024, I electronically filed the foregoing ***Unopposed Motion to Continue Sentencing Hearing*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Alecia Riewerts, Assistant United States Attorney
Email:  Alecia.Riewerts@usdoj.gov

Kyle P. Reynolds, Trial Attorney
Email:  Kyle.Reynolds@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Christopher Meier (via hand-delivery)

s/ *Stephanie Snyder*
STEPHANIE SNYDER
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Stephanie_Snyder@fd.org
Attorney for Christopher Meier