IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 23-cr-00419-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER CARL MEIER,

    Defendant.

---

## NOTICE OF APPEARANCE

---

    Assistant Federal Public Defender Matthew K. Belcher enters his appearance on behalf of the Defendant, Christopher Carl Meier.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender

    */s/ Matthew K. Belcher*
    MATTHEW K. BELCHER
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, Colorado 80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Email: Matthew_Belcher@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

      I certify that on August 11, 2024, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                      */s/ Matthew K. Belcher*
                                      MATTHEW K. BELCHER
                                      Assistant Federal Public Defender