https://www.ussc.gov/research/quick-facts



# QuickFacts



DEFENDANT'S EXHIBIT
B
USA v. Meier
23-cr-00419-RMR

## Child Pornography Offenses

**Population Snapshot**

**64,124 cases** *were reported in FY23;* **1,408** *involved child pornography.*[1]

**Child pornography offenses have increased 2.9% since FY19.**

## Number of Child Pornography Offenses



1,368 | 1,023 | 1,215 | 1,435 | 1,408

## Length of Mandatory Minimums for Child Pornography Offenses



15 Years (7.1%)
Ten Years (11.2%)
None (32.6%)
Fiscal Year 2023
Five Years (49.0%)

## Individual and Offense Characteristics[2]

47.3% of individuals sentenced for child pornography were sentenced for trafficking child pornography; 43.9% for possessing child pornography; and 8.8% for receiving child pornography.

98.8% were men.

77.1% were White, 12.8% were Hispanic, 5.8% were Black, and 4.3% were Other races.

Their average age was 41 years.

96.2% were United States citizens.

71.2% had little or no prior criminal history (Criminal History Category I);
- 9.0% were CHC II;
- 13.7% were CHC III;
- 3.2% were CHC IV;
- 1.6% were CHC V;
- 1.2% were CHC VI.

The top five districts for individuals sentenced for child pornography were:
- Eastern District of Virginia (55);
- Southern District of Texas (52);
- Middle District of Florida (50);
- Southern District of Florida (48);
- Western District of Texas (44, tie);
- Eastern District of Missouri (44, tie).

## Punishment

99.0% of individual sentenced for child pornography were sentenced to prison; their average sentence was 114 months.

The average sentence for individuals convicted of *trafficking child pornography* was 148 months:[3]
- 87.3% of these individuals were convicted of an offense carrying a five-year mandatory minimum penalty; their average sentence was 135 months.
- 12.7% had a prior sexual abuse or child pornography conviction and were subject to a 15-year mandatory minimum penalty; their average sentence was 236 months.

*This document was produced and published at U.S. taxpayer expense.*



## QuickFacts
### Child Pornography Offenses

## Punishment (continued)

The average sentence for individuals convicted of *possessing child pornography* was 79 months:[4]

- 74.4% of these individuals were not convicted of an offense carrying a mandatory minimum penalty; their average sentence was 62 months.
- 25.6% had a prior sexual abuse or child pornography conviction and were subject to a ten-year mandatory minimum penalty; their average sentence was 129 months.

The average sentence for individuals convicted of *receiving child pornography* was 101 months:

- 87.5% of these individuals were convicted of an offense carrying a five-year mandatory minimum penalty; their average sentence was 87 months.
- 12.5% had a prior sexual abuse or child pornography conviction and were subject to a 15-year mandatory minimum penalty; their average sentence was 195 months.

## Sentences Relative to the Guideline Range

39.9% of individuals sentenced for child pornography were sentenced under the *Guidelines Manual*. Of all individuals sentenced for child pornography:

- 33.7% were sentenced within the guideline range.
- 3.4% received some other downward departure.
  - *Their average sentence reduction was 35.8%.*
- 2.3% received a substantial assistance departure.
  - *Their average sentence reduction was 37.6%.*
- 0.3% received an upward departure.
  - *Their average sentence increase was 25.8%.*

60.1% received a variance. Of those individuals:

- 57.1% received a downward variance.
  - *Their average sentence reduction was 38.8%.*
- 3.0% received an upward variance.
  - *Their average sentence increase was 36.2%.*

---

[1]  Individuals sentenced for child pornography are those convicted of Trafficking in Material Involving the Sexual Exploitation of a Minor; Receiving, Transporting, Shipping, or Advertising Material Involving the Sexual Exploitation of a Minor; Possessing Material Involving the Sexual Exploitation of a Minor with Intent to Traffic; Possessing Material Involving the Sexual Exploitation of a Minor (§2G2.2). It does not include cases where individuals are convicted of Production of Child Pornography (§2G2.1).

[2]  Cases with incomplete sentencing information were excluded from the analysis. Cases that do not meet logical criteria were also excluded.

[3]  Individuals convicted of Trafficking in Material Involving the Sexual Exploitation of a Minor and Receiving, Transporting, Shipping, or Advertising Material Involving the Sexual Exploitation of a Minor are subject to a five-year mandatory minimum penalty, or 15 years with a prior conviction for sexual abuse or child pornography.

[4]  Individuals convicted of Possessing Material Involving the Sexual Exploitation of a Minor (§2G2.2) are subject to a ten-year mandatory minimum penalty with a prior conviction for sexual abuse or child pornography.

## Sentences Relative to the Guideline Range



Fiscal Year 2023
- Under the Guidelines Manual (39.9%)
- Variances (60.1%)



| | |
|---|---|
| Within Range | 33.7% |
| Other Downward Departure | 3.4% |
| Substantial Assistance | 2.3% |
| Upward Departure | 0.3% |

## Sentences Relative to the Guideline Range



Within Range — Substantial Assistance — Other Downward Departure — Variances

(FY 2019, FY 2020, FY 2021, FY 2022, FY 2023)

## Average Guideline Minimum and Average Sentence (months)



Guideline Minimum — Sentence

(FY 2019, FY 2020, FY 2021, FY 2022, FY 2023)

SOURCE: United States Sentencing Commission, FY 2019 through FY 2023 Datafiles, USSCFY19-USSCFY23.