https://www.ussc.gov/research/quick-facts



# **QuickFacts**



DEFENDANT'S EXHIBIT
C
USA v. Meier
23-cr-00419-RMR

## Sexual Abuse Offenses

### Population Snapshot

**64,124 cases** *were reported in FY23;* **1,395** *involved sexual abuse.[1]*

**Sexual abuse offenses have increased 19.7% since FY19.**

### Number of **Sexual Abuse Offenses**



### Primary Sentencing Guideline for Sexual Abuse Offenses



### Individual and Offense Characteristics[2]

93.8% of individuals sentenced for sexual abuse were men.

55.4% were White, 16.0% were Black, 14.0% were Hispanic, 12.3% were Native American, and 2.2% were Other races.

- 72.7% of individuals in cases involving production of child pornography were White.[3]
- 50.0% of individuals in cases involving travel for prohibited sexual contact were White and 27.9% were Black.
- 64.9% of individuals in cases involving criminal sexual abuse (rape) were Native American.[4]
- 65.2% of individuals in cases involving abusive sexual contact were Native American.
- 90.7% of individuals in cases involving statutory rape were Native American.

Their average age was 38 years.

96.2% were United States citizens.

68.5% had little or no prior criminal history (Criminal History Category I);

- 8.6% were CHC II;
- 9.3% were CHC III;
- 4.6% were CHC IV;
- 6.1% were CHC V;
- 2.9% were CHC VI.

11.1% of individuals sentenced for sexual abuse were convicted at trial, compared to 2.7% of all other federally sentenced individuals.

The top five districts for individuals sentenced for sexual abuse were:

- Middle District of Florida (45);
- District of South Dakota (42);
- Eastern District of Virginia (39);
- Northern District of Texas (37);
- Eastern District of Michigan (36, tie);
- Western District of Missouri (36, tie);
- District of Utah (36, tie).

### Punishment

99.5% of individual sentenced for sexual abuse were sentenced to prison; their average sentence was 213 months.

The average sentence for individuals convicted of production of child pornography was 272 months:

- 79.9% of these individuals were convicted of an offense carrying a mandatory minimum penalty; their average sentence was 304 months. The average sentence without a mandatory minimum was 146 months.

*This document was produced and published at U.S. taxpayer expense.*



# QuickFacts
## Sexual Abuse Offenses

### Sentences Relative to the Guideline Range



## Punishment (continued)

The average sentence for individuals convicted of travel to engage in prohibited sexual conduct with a minor was 155 months:

- 74.5% of these individuals were convicted of an offense carrying a mandatory minimum penalty; their average sentence was 182 months. The average sentence without a mandatory minimum was 76 months.

The average sentence for individuals convicted of criminal sexual abuse (rape) was 212 months:

- 27.7% of these individuals were convicted of an offense carrying a mandatory minimum penalty; their average sentence was 360 months. The average sentence without a mandatory minimum was 156 months.

The average sentence for individuals convicted of abusive sexual contact was 37 months.

The average sentence for individuals convicted of statutory rape was 48 months.

### Sentences Relative to the Guideline Range

50.3% of individuals sentenced for sexual abuse were sentenced under the *Guidelines Manual*.

- 38.6% were sentenced within the guideline range.
- 5.4% received some other downward departure.
  - Their average sentence reduction was 40.1%.
- 5.1% received a substantial assistance departure.
  - Their average sentence reduction was 46.4%.
- 1.2% received an upward departure.
  - Their average sentence increase was 40.7%.

49.7% of individuals sentenced for sexual abuse received a variance:

- 45.2% received a downward variance.
  - Their average sentence reduction was 34.0%.
- 4.6% received an upward variance.
  - Their average sentence increase was 33.7%.

### Sentences Relative to the Guideline Range





### Average Guideline Minimum and Average Sentence (months)



SOURCE: United States Sentencing Commission, FY 2019 through FY 2023 Datafiles, USSCFY19-USSCFY23.

[1] Individuals sentenced for sexual abuse are those convicted of Criminal Sexual Abuse – Rape (§2A3.1), Statutory Rape (§2A3.2), Criminal Sexual Abuse of a Ward (§2A3.3), Abusive Sexual Contact (§2A3.4), Promoting a Commercial Sex Act (§2G1.1), Travel to Engage in Prohibited Sexual Conduct with a Minor (§2G1.3), Production of Child Pornography (§2G2.1), or Child Exploitation Enterprises (§2G2.6).

[2] Cases with incomplete sentencing information were excluded from the analysis.

[3] Production of Child Pornography does not include cases where individuals were convicted of Trafficking in Material Involving the Sexual Exploitation of a Minor; Receiving, Transporting, Shipping, or Advertising Material Involving the Sexual Exploitation of a Minor; Possessing Material Involving the Sexual Exploitation of a Minor with Intent to Traffic; Possessing Material Involving the Sexual Exploitation of a Minor (§2G2.2).

[4] Under the Major Crimes Act (18 U.S.C. § 1153), the federal government has jurisdiction over sexual assault crimes committed by Native Americans in Indian Country.