Case No. 1:23-cr-00419-RMR    Document 33-9    filed 10/30/24    USDC Colorado    pg 1 of 2

10/30/24, 1:42 PM        District of Massachusetts | Texas Man Sentenced to 15 Years in Prison for Advertising Child Pornography | United States Departm…





**PRESS RELEASE**

# Texas Man Sentenced to 15 Years in Prison for Advertising Child Pornography

Monday, November 6, 2023

**For Immediate Release**

U.S. Attorney's Office, District of Massachusetts

BOSTON – A Texas man was sentenced today in federal court in Boston for advertising child sexual abuse material on the dark web.

Neal Staton Grubert, 35, of Bertram, Texas, was sentenced by U.S. District Court Judge Nathanial M. Gorton to 15 years in prison followed by five years of supervised release. On July 12, 2023, Grubert pleaded guilty to one count of advertising child pornography.

In May 2020, Swedish law enforcement authorities determined that a Swedish citizen was producing images and videos of himself sexually abusing his three-year-old niece and distributing them on various dark websites. The investigation identified Grubert as an administrator of one of the websites. Following the Swedish individual's arrest, a forensic examination of their phone revealed several images and videos depicting the sexual exploitation of children, including images and videos in which Grubert's face could be seen watching the exploitation as it happened via webcam while logged onto this dark website. Specifically, Grubert was masturbating while directing the Swedish individual how to molest his niece. A subsequent undercover investigation located images and a video uploaded and published by Grubert in his role as an administrator on the dark website.

The other individual pleaded guilty to charges in Sweden and was sentenced to seven years in prison.

Acting United States Attorney Joshua S. Levy and Michael J. Krol, Special Agent in Charge of Homeland Security Investigations in New England made the announcement today. Valuable assistance in the investigation was provided by the Swedish Police Authority; Swedish National Operations Department; Swedish National IT Crime Centre; Swedish Prosecution Authority; Swedish National Public Prosecution Department; and Swedish National Unit against Organized Crime. Assistant U.S. Attorneys Luke A. Goldworm and Benjamin Tolkoff of the Major Crimes Unit prosecuted the case.

This case was brought as part of Project Safe Childhood, a nationwide initiative to combat the growing epidemic of child sexual exploitation and abuse, launched in May 2006 by the Department of Justice. Led by the U.S. Attorneys' Offices and the DOJ's Child Exploitation and Obscenity Section, Project Safe Childhood marshals federal, state, and local resources to locate, apprehend, and prosecute individuals who exploit children, as well as identify and rescue victims. For more information about Project Safe Childhood, please visit https://www.justice.gov/psc.

*Updated November 6, 2023*

**Topic**

PROJECT SAFE CHILDHOOD

**Component**

USAO - Massachusetts

# Related Content

PRESS RELEASE