IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 23-cr-00419-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    CHRISTOPHER CARL MEIER,

    Defendant.

**UNITED STATES' MOTION UNDER U.S.S.G. 3E1.1(b) FOR 1-LEVEL REDUCTION IN DEFENDANT'S OFFENSE LEVEL FOR ACCEPTANCE OF RESPONSIBILITY**

    The United States of America ("the government"), by and through Acting United States Attorney Matthew T. Kirsch, Assistant United States Attorney Alecia L. Riewerts, and Acting Deputy Chief of the Department of Justice's Child Exploitation and Obscenity Section Kyle Reynolds, respectfully moves for an additional one-level reduction in defendant Christopher Carl Meier's offense level pursuant to Section 3E1.1(b) of the United States Sentencing Guidelines.  Defendant's agreement to plead guilty and timely notice thereof permitted the government to avoid preparing for trial and permitted both the government and the Court to allocate their resources more efficiently.

//

//

//

Dated this 6th day of November, 2024.

    Respectfully submitted,

    MATTHEW T. KIRSCH
    Acting United States Attorney

    By:  *s/ Alecia L. Riewerts*
    ALECIA L. RIEWERTS
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Email: Alecia.Riewerts@usdoj.gov
    Attorney for Government

### CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November, 2024, I electronically filed the foregoing **GOVERNMENT'S MOTION UNDER U.S.S.G. 3E1.1(b) FOR 1-LEVEL REDUCTION IN DEFENDANT'S OFFENSE LEVEL FOR ACCEPTANCE OF RESPONSIBILITY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email address:

Stephanie Snyder
Email: Stephanie_Snyder@fd.org

By: *s/ Alecia L. Riewerts*
ALECIA L. RIEWERTS
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Email: Alecia.Riewerts@usdoj.gov
Attorney for Government