IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 23-cr-00419-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    CHRISTOPHER CARL MEIER,

    Defendant.

## ORDER

THIS MATTER coming before the Court upon motion of the United States to grant defendant Christopher Carl Meier an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines section 3E1.1(b), and the Court having considered same,

IT IS HEREBY ORDERED that defendant Christopher Carl Meier be granted an additional one-level decrease in the offense level.

Dated this _____ day of _____, 2024.

BY THE COURT

_____
Regina M. Rodriguez
United States District Judge