IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 23-cr-00419-RMR | Date: November 13, 2024 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Sadie Herbert |
| Probation Officer: Michelle Sinaka | |

| Parties: | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Alecia Lynne Riewerts |
| | Kyle Patrick Reynolds |
| Plaintiff, | |
| v. | |
| 1. CHRISTOPHER CARL MEIER, | Stephanie Maureen Snyder |
| Defendant. | |

### COURTROOM MINUTES

**SENTENCING**

**3:06 p.m.   Court in session.**

Court calls case. Appearances of counsel. Defendant present in custody.

Defendant sworn.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Discussion and argument regarding objections to the presentence report, pending motions, and sentencing recommendation.

**ORDERED:**   Government's Motion for Decrease for Acceptance of Responsibility [ECF No. 38] is GRANTED.

Court states its findings of fact and conclusions of law.

**ORDERED:**  Defendant's Motion for Variant Sentence [ECF No. 33] is DENIED.

**ORDERED:**  Defendant shall be imprisoned for 420 months as to Counts 1 through 6 of the Indictment to be served concurrently. Upon release from imprisonment, defendant shall be placed on a lifetime period of supervised release.

**ORDERED:**  Conditions of Supervised Release, as stated on record.

**ORDERED:**  Defendant shall pay a $600.00 Special Assessment fee and a $12,000.00 AVAA assessment to be paid immediately.  No fine is imposed.

**ORDERED:**  Defendant shall forfeit any interest in property, as stated on record, to the United States.

**ORDERED:**  Defendant is remanded to the custody of the U.S. Marshal.

Defendant advised of right to appeal.

The Court recommends that the director of the Bureau of Prisons place the Defendant in a facility that is appropriate to his security designation and is located within the District of Colorado, specifically, FCI Englewood.

**5:00 p.m.**     **Court in recess.**

Hearing concluded.
Total time in court:    1:54