IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 23-cr-00419-RMR-1

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CHRISTOPHER CARL MEIER,

       Defendant.

## DEFENDANT'S NOTICE OF APPEAL

       Mr. Christopher Carl Meier, through appointed counsel, Stephanie Snyder and the Office of the Federal Public Defender, files this notice of appeal to the Tenth Circuit Court of Appeals and appeals the Judgment and Commitment Order (Doc. 42) that was entered on November 25, 2024.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender

       */s/ Stephanie Snyder*
       STEPHANIE SNYDER
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO 80202
       Telephone: (303) 294-7002
       FAX: (303) 294-1192
       Email: Stephanie_Snyder@fd.org
       Attorney for Christopher Carl Meier

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2024, I filed the foregoing ***Notice of Appeal*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address and all parties of record:

Alecia L. Riewerts, Assistant United States Attorney
Email: Alecia.Riewerts@usdoj.gov

Kyle P. Reynolds, Acting Deputy Chief, Child Exploitation and Obscenity Section.
Email: Kyle.Reynolds@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Christopher Carl Meier (*held on file*)

*/s/ Stephanie Snyder*
STEPHANIE SNYDER
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: Stephanie_Snyder@fd.org
Attorney for Christopher Carl Meier