APPEAL,TERMED

# U.S. District Court – District of Colorado
# District of Colorado (Denver)
# CRIMINAL DOCKET FOR CASE #: **1:23−cr−00419−RMR−1**

Case title: USA v. Meier

Date Filed: 10/04/2023

Date Terminated: 11/25/2024

Assigned to: Judge Regina M. Rodriguez

**Defendant (1)**

**Christopher Carl Meier**  represented by  **Matthew Kyle Belcher**
*TERMINATED: 11/25/2024*  Office of the Federal Public Defender
633 Seventeenth Street
Suite 1000
Denver, CO 80202
303−294−7002
Fax: 303−294−1192
Email: Matthew_Belcher@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Stephanie Maureen Snyder**
Federal Public Defender's Office
Districts of Colorado and Wyoming
633 17th Street
Suite 1000
Denver, CO 80202
303−294−7002
Fax: 303−294−1192
Email: stephanie_snyder@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**  **Disposition**

18 U.S.C. § 2252A(a)(2) and (b)(1) – (Conspiracy to Distribute Child Pornography)
(1)

Imprisonment for a term of four hundred twenty (420) months as to counts 1, 2, 3, 4, 5, and 6; to be served concurrently. Supervised release for a term of life as to counts 1, 2, 3, 4, 5, and 6; to be served concurrently. $600 Special Assessment. $12,000.00 AVAA Assessment.

18 U.S.C. § 2252A(a)(2) and (b)(1) – (Distribution of Child

Imprisonment for a term of four hundred twenty (420) months as to counts 1, 2, 3, 4, 5, and 6; to be

| | |
|---|---|
| Pornography) (2−6) | served concurrently. Supervised release for a term of life as to counts 1, 2, 3, 4, 5, and 6; to be served concurrently. $600 Special Assessment. $12,000.00 AVAA Assessment. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Alecia Lynne Riewerts** U.S. Attorney's Office District of Colorado 1801 California Street Suite 1600 Denver, CO 80202 303−454−0100 Fax: 303−454−0406 Email: Alecia.Riewerts@usdoj.gov *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Federal Agency Attorney* **Kyle Patrick Reynolds** U.S. Department of Justice Criminal Division 1301 New York Avenue NW Washington, DC 20530 202−616−2842 Email: kyle.reynolds@usdoj.gov *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/03/2024 | 44 | NOTICE OF APPEAL as to 42 Judgment, by Christopher Carl Meier. (Snyder, Stephanie) (Entered: 12/03/2024) |

| | | |
|---|---|---|
| 11/25/2024 | 43 | STATEMENT OF REASONS as to Christopher Carl Meier. (kmyha) (Entered: 11/25/2024) |
| 11/25/2024 | 42 | JUDGMENT as to defendant Christopher Carl Meier (1). Counts 1−6: Imprisonment for a term of four hundred twenty (420) months as to counts 1, 2, 3, 4, 5, and 6; to be served concurrently. Supervised release for a term of life as to counts 1, 2, 3, 4, 5, and 6; to be served concurrently. $600 Special Assessment. $12,000.00 AVAA Assessment. Entered by Judge Regina M. Rodriguez on 11/25/2024. (kmyha) (Entered: 11/25/2024) |
| 11/14/2024 | 41 | ORDER as to Christopher Carl Meier. This matter comes before the Court pursuant to the sentencing hearing held on 11/13/2024. It is ORDERED that while under supervision Christopher Carl Meier must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in location where you reside, work, are a student, or was convicted of a qualifying offense. SO ORDERED by Judge Regina M. Rodriguez on 11/14/2024. Text Only Entry (kmyha) (Entered: 11/14/2024) |
| 11/13/2024 | 40 | COURTROOM MINUTES for Sentencing as to Christopher Carl Meier held before Judge Regina M. Rodriguez on 11/13/2024. Denying 33 Motion for Non−Guideline Sentence as to Christopher Carl Meier (1); Granting 38 Motion for Decrease for Acceptance of Responsibility as to Christopher Carl Meier (1). Defendant sentenced as reflected on the record. Court Reporter: Sadie Herbert. (kmyha) (Entered: 11/14/2024) |
| 11/07/2024 | 39 | RESPONSE to Motion by USA as to Christopher Carl Meier re 33 MOTION for Non−Guideline Sentence (Riewerts, Alecia) (Entered: 11/07/2024) |
| 11/06/2024 | 38 | MOTION for Decrease for Acceptance of Responsibility by USA as to Christopher Carl Meier. (Attachments: # 1 Proposed Order (PDF Only))(Riewerts, Alecia) (Entered: 11/06/2024) |
| 11/06/2024 | 37 | RESPONSE by USA as to Christopher Carl Meier re: 31 Objection/Response to Presentence Report filed by Christopher Carl Meier (Reynolds, Kyle) (Entered: 11/06/2024) |
| 11/06/2024 | 36 | RESTRICTED ADDENDUM to Presentence Report 35 as to Christopher Carl Meier (Attachments: # 1 Exhibit A − Letter and Photos). (agalv) (Entered: 11/06/2024) |
| 11/06/2024 | 35 | RESTRICTED PRESENTENCE REPORT as to Christopher Carl Meier (Attachments: # 1 Exhibit A − Revised Recommendation). (agalv) (Entered: 11/06/2024) |
| 10/30/2024 | 34 | SENTENCING STATEMENT by USA as to Christopher Carl Meier (Reynolds, Kyle) (Entered: 10/30/2024) |
| 10/30/2024 | 33 | MOTION for Non−Guideline Sentence by Christopher Carl Meier. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Snyder, Stephanie) (Entered: 10/30/2024) |
| 10/24/2024 | 32 | OBJECTION/RESPONSE to Presentence Report by USA as to Christopher Carl Meier (Riewerts, Alecia) (Entered: 10/24/2024) |
| 10/23/2024 | 31 | OBJECTION/RESPONSE to Presentence Report 30 by Christopher Carl Meier (Snyder, Stephanie) (Entered: 10/23/2024) |

| | | |
|---|---|---|
| 10/09/2024 | 30 | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Christopher Carl Meier (Attachments: # 1 Exhibit A − Recommendation)(agalv) (Entered: 10/09/2024) |
| 08/11/2024 | 29 | NOTICE OF ATTORNEY APPEARANCE: Matthew Kyle Belcher appearing for Christopher Carl MeierAttorney Matthew Kyle Belcher added to party Christopher Carl Meier(pty:dft) (Belcher, Matthew) (Entered: 08/11/2024) |
| 07/31/2024 | 28 | ORDER granting 27 Motion to Continue Sentencing as to Christopher Carl Meier (1). The Sentencing previously set for 10/15/2024 is VACATED and RESET for 11/13/2024 at 3:00 PM in Courtroom A 901 before Judge Regina M. Rodriguez. SO ORDERED by Judge Regina M. Rodriguez on 7/31/2024. Text Only Entry (rmrja) (Entered: 07/31/2024) |
| 07/30/2024 | 27 | Unopposed MOTION to Continue *Sentencing Hearing* by Christopher Carl Meier. (Snyder, Stephanie) (Entered: 07/30/2024) |
| 07/09/2024 | 26 | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Defendant Christopher Carl Meier (kmyha) (Entered: 07/09/2024) |
| 07/09/2024 | 25 | Plea of Guilty and Statement of Facts Relevant to Sentencing (WithoutPlea Agreement) as to Christopher Carl Meier (kmyha) (Entered: 07/09/2024) |
| 07/09/2024 | 24 | COURTROOM MINUTES for Change of Plea Hearing as to Christopher Carl Meier held before Judge Regina M. Rodriguez on 7/9/2024. Plea entered by Christopher Carl Meier (1) Guilty Count 1,2−6. Sentencing set for 10/15/2024 02:00 PM in Courtroom A 901 before Judge Regina M. Rodriguez. Court Reporter: Sadie Herbert. (kmyha) (Entered: 07/09/2024) |
| 06/12/2024 | 23 | ORDER re 22 Notice of Disposition as to Christopher Carl Meier. The Court AFFIRMS the Change of Plea Hearing set for Defendant on 7/9/2024, at 3:00PM in Courtroom A 901 before Judge Regina M. Rodriguez. This Change of Plea Hearing is set in lieu of the Final Trial Preparation Conference, which, along with the trial date, will remain as scheduled, and will not be vacated until Defendant's plea is entered and accepted by the Court. Counsel for the parties shall email a courtesy copy of the Plea Agreement to Judge Rodriguez's Chambers at Rodriguez_Chambers@cod.uscourts.gov and to the Probation Department no less than three business days (or by 7/4/2024) before the Change of Plea Hearing. If a courtesy copy is not timely submitted, the hearing may be vacated. The original and one copy of the Statement by Defendant and Plea Agreement shall be delivered to the courtroom deputy in the courtroom at the time of the hearing (D.C.COLO.LCrR 11.1(e)(1)). FURTHER ORDERED that defense counsel who has reviewed and advised Defendant regarding the facts, discovery, and plea agreement must attend this Change of Plea Hearing. SO ORDERED by Judge Regina M. Rodriguez on 6/12/2024. Text Only Entry (rmrja) (Entered: 06/12/2024) |
| 06/10/2024 | 22 | NOTICE of Disposition by Christopher Carl Meier (Snyder, Stephanie) (Entered: 06/10/2024) |
| 03/15/2024 | 21 | ORDER GRANTING DEFENDANT'S SECOND UNOPPOSED MOTION TO EXCLUDE 90 DAYS FROM THE REQUIREMENTS OF THE SPEEDY TRIAL ACT. **IT IS HEREBY ORDERED THAT**: (1) Defendant's Motion, at ECF No. 20 , is GRANTED; (2) **The 70−day clock, exclusive of tolled time, shall accordingly be extended from April 19, 2024, to July 18, 2024**; (3) The current trial date and all pretrial deadlines are hereby **VACATED**. The **four−day jury** trial is reset for **July 15,** |

| | | |
|---|---|---|
| | | **2024**. The Trial Preparation Conference/Change of Plea Hearing is reset for **July 9, 2024, at 3:00 PM**; (4) Defendant shall have to and including **June 10, 2024**, to file pretrial motions, and responses to these motions shall be filed by **June 24, 2024. If no motions are filed by June 10, 2024, the Court will deem Defendant to have waived any such motions**. If counsel believe an evidentiary hearing on motions is necessary, they shall confer and email Chambers at Rodriguez_Chambers@cod.uscourts.gov by **June 26, 2024**. SO ORDERED by Judge Regina M. Rodriguez on 03/15/2024. (jrobe, ) (Entered: 03/15/2024) |
| 03/11/2024 | 20 | Unopposed MOTION for Order *to Exclude 90 Days from the Requirements of the Speedy Trial Act* by Christopher Carl Meier. (Snyder, Stephanie) (Entered: 03/11/2024) |
| 11/16/2023 | 19 | ORDER Granting 18 Defendant's Unopposed Motion to Exclude 120 Days from the Requirements of the Speedy Trial Act as to Christopher Carl Meier (1). The 70−day clock, exclusive of tolled time [remove this language if including tolled time], shall accordingly be extended from December 21, 2023, to April 19, 2024. The current trial date and all pretrial deadlines are hereby VACATED. The four−day jury trial is reset for April 15, 2024. The Trial Preparation Conference/Change of Plea Hearing is reset for April 9, 2024, at 3:00 PM. Defendant shall have to and including March 11, 2024, to file pretrial motions, and responses to these motions shall be filed by March 25, 2024. If no motions are filed by March 11, 2024, the Court will deem Defendant to have waived any such motions. If counsel believe an evidentiary hearing on motions is necessary, they shall confer and email Chambers at Rodriguez_Chambers@cod.uscourts.gov by March 27, 2024. ORDERED by Judge Regina M. Rodriguez on 11/16/2023. (angar, ) (Entered: 11/16/2023) |
| 11/09/2023 | 18 | Unopposed MOTION for Order *to Exclude 120 Days from the Requirements of the Speedy Trial Act* by Christopher Carl Meier. (Snyder, Stephanie) (Entered: 11/09/2023) |
| 11/01/2023 | 17 | ORDER granting 16 Motion for Protective Order as to Christopher Carl Meier (1). SO ORDERED by Judge Regina M. Rodriguez on 11/1/2023. (rmrja) (Entered: 11/01/2023) |
| 10/31/2023 | 16 | Unopposed MOTION for Protective Order by USA as to Christopher Carl Meier. (Attachments: # 1 Proposed Order (PDF Only))(Riewerts, Alecia) (Entered: 10/31/2023) |
| 10/24/2023 | 15 | BAIL REPORT as to Christopher Carl Meier. (rmaya, ) (Entered: 10/24/2023) |
| 10/17/2023 | 13 | ORDER OF DETENTION as to Christopher Carl Meier by Magistrate Judge Michael E. Hegarty on 10/17/2023. (jtorr, ) (Entered: 10/17/2023) |
| 10/17/2023 | 12 | ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE as to Christopher Carl Meier. Pretrial Motions due by **11/13/2023.** Responses due by **11/27/2023. If no motions are filed by 11/13/2023, the Court will deem Defendant to have waived any such motions.** If counsel believe an evidentiary hearing on motions is necessary, they shall confer and email Chambers at Rodriguez_Chambers@cod.uscourts.gov by no later than **11/29/2023** to set such a hearing. Trial Preparation Conference/Change of Plea Hearing set for **12/13/2023 at 4:00 PM** in Courtroom A 901 before Judge Regina M. Rodriguez. **Four−day** Jury Trial set to commence **12/18/2023 at 9:00 AM** in Courtroom A 901 before Judge Regina M. Rodriguez. Jury Selection is scheduled for the first day of trial. SO ORDERED by Judge Regina M. Rodriguez on 10/17/2023. Text Only Entry (rmrja) |

| | | |
|---|---|---|
| | | (Entered: 10/17/2023) |
| 10/17/2023 | 11 | Discovery Conference Memorandum and ORDER: Estimated Trial Time – Five Days or Less as to Christopher Carl Meier by Magistrate Judge Michael E. Hegarty on 10/17/2023. (cthom, ) (Entered: 10/17/2023) |
| 10/17/2023 | 10 | COURTROOM MINUTES for proceedings held before Magistrate Judge Michael E. Hegarty: Arraignment/Discovery/Detention Hearing as to Christopher Carl Meier held on 10/17/2023. Defendant present in custody. Plea of NOT GUILTY entered by Defendant. Discovery memorandum executed. Brady Act Advisement executed. Defendant proffers for release on conditions. Government proffers for detention. Defendant rebuttal proffer. Defendant ordered detained. Defendant remanded. Counsel is directed to chambers. Hearing concluded. (Total time: 1 hour and 10 minutes, Hearing time: 10:11 a.m.–11:21 a.m.)<br><br>**APPEARANCES**: Alecia Riewerts on behalf of the Government, Stephanie Snyder on behalf of the defendant, Colin Linde on behalf of pretrial. FTR: A. (cthom, ) Text Only Entry (Entered: 10/17/2023) |
| 10/16/2023 | 14 | Arrest Warrant Returned Executed on 10/12/2023 in case as to Christopher Carl Meier. (angar, ) (Entered: 10/17/2023) |
| 10/13/2023 | 9 | NOTICE OF ATTORNEY APPEARANCE: Stephanie Maureen Snyder appearing for Christopher Carl MeierAttorney Stephanie Maureen Snyder added to party Christopher Carl Meier(pty:dft) (Snyder, Stephanie) (Entered: 10/13/2023) |
| 10/12/2023 | 8 | ORDER APPOINTING COUNSEL as to Christopher Carl Meier by Magistrate Judge Michael E. Hegarty on 10/12/2023. Text Only Entry (cthom, ) (Entered: 10/12/2023) |
| 10/12/2023 | 7 | CJA 23 Financial Affidavit by Christopher Carl Meier. (cthom, ) (Entered: 10/12/2023) |
| 10/12/2023 | 6 | COURTROOM MINUTES for proceedings held before Magistrate Judge Michael E. Hegarty: Initial Appearance as to Christopher Carl Meier held on 10/12/2023 Defendant present in custody. Defendant advised. CJA 23 executed. Court appoints counsel. Government requests detention. Arraignment/Discovery/Detention set for 10/17/2023 at 10:00 AM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. Defendant remanded. Hearing concluded. (Total time: 6 minutes, Hearing time: 2:32 p.m.–2:38 p.m.)<br><br>**APPEARANCES**: Alecia Riewerts on behalf of the Government, Josh Lilley on behalf of the defendant, Seth Junker on behalf of pretrial. FTR: A501. (cthom, ) (Entered: 10/12/2023) |
| 10/12/2023 | 5 | NOTICE OF ATTORNEY APPEARANCE Kyle Patrick Reynolds appearing for USA. Attorney Kyle Patrick Reynolds added to party USA(pty:pla) (Reynolds, Kyle) (Entered: 10/12/2023) |
| 10/12/2023 | 4 | Arrest of Christopher Carl Meier Initial Appearance set for 10/12/2023 02:00 PM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. (Text Only entry)(jcharl, ) (Entered: 10/12/2023) |
| 10/04/2023 | 3 | RESTRICTED DOCUMENT – Level 4: as to Christopher Carl Meier. (angar, ) (Entered: 10/05/2023) |
| 10/04/2023 | 2 | |

|            |   | |
|------------|---|---|
|            |   | Arrest Warrant Issued in case as to Christopher Carl Meier. (angar, ) (Entered: 10/05/2023) |
| 10/04/2023 | 1 | INDICTMENT as to Christopher Carl Meier (1) count(s) 1, 2−6. (Attachments: # 1 Criminal Information Sheet) (angar, ) (Entered: 10/05/2023) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 23-cr-00419-RMR-1

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CHRISTOPHER CARL MEIER,

       Defendant.

## DEFENDANT'S NOTICE OF APPEAL

Mr. Christopher Carl Meier, through appointed counsel, Stephanie Snyder and the Office of the Federal Public Defender, files this notice of appeal to the Tenth Circuit Court of Appeals and appeals the Judgment and Commitment Order (Doc. 42) that was entered on November 25, 2024.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender

       */s/ Stephanie Snyder*
       STEPHANIE SNYDER
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO 80202
       Telephone: (303) 294-7002
       FAX: (303) 294-1192
       Email: Stephanie_Snyder@fd.org
       Attorney for Christopher Carl Meier

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 3, 2024, I filed the foregoing ***Notice of Appeal*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address and all parties of record:

    Alecia L. Riewerts, Assistant United States Attorney
    Email: Alecia.Riewerts@usdoj.gov

    Kyle P. Reynolds, Acting Deputy Chief, Child Exploitation and Obscenity Section.
    Email: Kyle.Reynolds@usdoj.gov

      I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Christopher Carl Meier (*held on file*)

                                           */s/ Stephanie Snyder*
                                           STEPHANIE SNYDER
                                           Assistant Federal Public Defender
                                           633 17th Street, Suite 1000
                                           Denver, CO 80202
                                           Telephone: (303) 294-7002
                                           FAX: (303) 294-1192
                                           Email: Stephanie_Snyder@fd.org
                                           Attorney for Christopher Carl Meier

AO 245B (CO Rev. 11/20)  Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
District of Colorado

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>CHRISTOPHER CARL MEIER | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number: 23-cr-00419-RMR-01<br>USM Number: 81940-510<br><br>Stephanie Maureen Snyder<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)   1, 2, 3, 4, 5, and 6 of the Indictment.

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 18 U.S.C. § 2252A(a)(2) and (b)(1) | Conspiracy to Distribute Child Pornography | 4/30/2021 | 1 |
| 18 U.S.C. § 2252A(a)(2) and (b)(1) | Distribution of Child Pornography | 5/3/2020 | 2 |
| 18 U.S.C. § 2252A(a)(2) and (b)(1) | Distribution of Child Pornography | 5/23/2020 | 3 |
| 18 U.S.C. § 2252A(a)(2) and (b)(1) | Distribution of Child Pornography | 10/8/2020 | 4 |
| 18 U.S.C. § 2252A(a)(2) and (b)(1) | Distribution of Child Pornography | 1/1/2021 | 5 |
| 18 U.S.C. § 2252A(a)(2) and (b)(1) | Distribution of Child Pornography | 3/27/2021 | 6 |

The defendant is sentenced as provided in pages 2 through   7   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

November 13, 2024
Date of Imposition of Judgment

_/s/ signature_
Signature of Judge

Regina M. Rodriguez, United States District Judge
Name and Title of Judge

November 25, 2024
Date

10

AO 245B (CO Rev. 11/20) Judgment in Criminal Case

Judgment — Page 2 of 7

DEFENDANT: CHRISTOPHER CARL MEIER
CASE NUMBER: 23-cr-00419-RMR-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **four hundred twenty (420)** months as to counts 1, 2, 3, 4, 5, and 6; to be served concurrently.

☒ The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that, based upon the Bureau of Prisons' analysis as to the defendant's security, rehabilitation, and mental health needs, and if it is a fit, that the defendant be designated to a facility within Colorado.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____.
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (CO Rev. 11/20) Judgment in Criminal Case

Judgment — Page 3 of 7

DEFENDANT: CHRISTOPHER CARL MEIER
CASE NUMBER: 23-cr-00419-RMR-01

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of: **life** as to counts 1, 2, 3, 4, 5, and 6; to be served concurrently.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and a maximum of 20 tests per year of supervision thereafter.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☒ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

| | |
|---|---|
| DEFENDANT: CHRISTOPHER CARL MEIER | Judgment — Page 4 of 7 |
| CASE NUMBER: 23-cr-00419-RMR-01 | |

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may, after obtaining Court approval, notify the person about the risk or require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____  Date _____

Judgment — Page 5 of 7

DEFENDANT: CHRISTOPHER CARL MEIER
CASE NUMBER: 23-cr-00419-RMR-01

# SPECIAL CONDITIONS OF SUPERVISION

1. You must participate in a program of mental health treatment approved by the probation officer and follow the rules and regulations of such program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program as to modality, duration, and intensity. You must pay for the cost of treatment based on your ability to pay.
2. You must participate in a sex-offense specific evaluation and/or treatment program approved by the probation officer. This may include polygraph and visual response testing as part of the required participation. The probation officer, in consultation with the treatment provider, will supervise your participation in and compliance with the treatment program. You must comply with all rules and regulations of the treatment program that are specified by the treatment agency and the probation officer. You must pay for the cost of treatment based on your ability to pay.
3. Your use of computers and Internet capable devices will be limited to those you request to use and which the probation officer authorizes. The probation officer may not prohibit lawful Internet use except to impose restrictions on the types of computers or Internet capable devices that you may use, to provide necessary restrictions to facilitate correctional treatment and rehabilitation, and to protect the public from any further crimes. Authorization for use of any computer or Internet capable device shall be based on the ability of the computer device to be effectively monitored by monitoring software utilized by the Probation Office. You must disclose any username or identification(s) and password(s) for all computers or Internet capable devices to the probation officer.
4. You must allow the probation officer to install software/hardware designed to monitor activities on any computer or Internet capable device you are authorized by the probation officer to use. This monitoring may record any and all activity on the device, including the capture of keystrokes, application information, Internet use history, email correspondence, and chat conversations. You must not attempt to remove, tamper with, reverse engineer, or in any way circumvent the software/hardware.
5. You must submit your person, and any property, house, residence, vehicle, papers, computer, Internet capable device, other electronic communications or data storage devices or media, and effects to search at any time, with or without a warrant, by any law enforcement or probation officer with reasonable suspicion concerning a violation of a condition of supervised release or unlawful conduct and by any probation officer in the lawful discharge of the officer's supervision functions.
6. You must not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless you are in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.
7. You must provide the probation officer access to any requested financial information and authorize the release of any financial information until all financial obligations imposed by the court are paid in full.
8. You must apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation in this case.
9. If the judgment imposes a financial penalty/restitution, you must pay the financial penalty/restitution in accordance with the Schedule of Payments sheet of this judgment. You must also notify the court of any changes in economic circumstances that might affect your ability to pay the financial penalty/restitution.
10. If you have an outstanding financial obligation, the probation office may share any financial or employment documentation relevant to you with the Asset Recovery Division of the United States Attorney's Office to assist in the collection of the obligation.

Judgment — Page 6 of 7

DEFENDANT: CHRISTOPHER CARL MEIER
CASE NUMBER: 23-cr-00419-RMR-01

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on the following page.

|  | **Assessment** | **Restitution** | **Fine** | **AVAA Assessment*** | **JVTA Assessment**** |
|---|---|---|---|---|---|
| **TOTALS** | $ 600.00 | $ 0.00 | $ 0.00 | $ 12,000.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*****  | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| **TOTALS** | $ | $ | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the following page may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Publ. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (CO Rev. 11/20) Judgment in Criminal Case

DEFENDANT: CHRISTOPHER CARL MEIER
CASE NUMBER: 23-cr-00419-RMR-01

Judgment — Page 7 of 7

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☐ Lump sum payment of $ _____ due immediately, balance due

  ☐ not later than _____ , or
  ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☒ F below); or

C ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☒ Special instructions regarding the payment of criminal monetary penalties:

  The special assessments and AVAA assessments are due immediately. Any unpaid monetary obligations upon release from incarceration shall be paid in monthly installment payments during the term of supervised release. The monthly installment payment will be calculated as at least 10 percent of the defendant's gross monthly income.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

  Case Number
  Defendant and Co-Defendant Names
  *(including defendant number)*          Total Amount          Joint and Several Amount          Corresponding Payee, if appropriate

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☒ The defendant shall forfeit the defendant's interest in the following property to the United States:
  Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and the defendant's admission to the Forfeiture Allegation contained in the Indictment, the defendant must forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.