# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | District Court No. 1:23-cr-00419-RMR-1 |
| Plaintiff-Appellee, | |
| v. | Court of Appeals No. 24-1480 |
| **CHRISTOPHER CARL MEIER,** | |
| Defendant-Appellant. | |

## DESIGNATION OF RECORD

Those original papers which have been designated by circling their respective docket numbers on the attached copy of the district court's docket sheets should be included in the record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals. (If the district court clerk so elects, original papers may be retained in the district court and copies thereof may be included in the record on appeal.)

The following items should also be included in the record on appeal. (Portions of transcripts should be designated by hearing dates and page numbers.)

1. Complete transcript of the change of plea hearing held on 07/09/2024 (Doc. 24).
2. Complete transcript of the sentencing hearing held on 11/13/2024 (Doc. 40).
3. All versions of the Presentence Report, including any objections, responses to objections, and addenda.
4. Documents circled on attached criminal docket sheet.

Signature: /s/ *Shira Kieval*, AFPD
Counsel for Appellant Christopher Carl Meier

I hereby certify that a copy of this designation, with docket sheets attached, was served on opposing counsel and filed with the clerk of the court of appeals on 12/18/2024.

Signature: /s/ *Shira Kieval*
Assistant Federal Public Defender

A-9 Designation of Record Form 12/09