APPEAL,TERMED

# U.S. District Court - District of Colorado
## District of Colorado (Denver)
### CRIMINAL DOCKET FOR CASE #: 1:23-cr-00419-RMR-1

Case title: USA v. Meier

Date Filed: 10/04/2023

Date Terminated: 11/25/2024

Assigned to: Judge Regina M. Rodriguez

Appeals court case number: 24-1480
USCA 10th CIRCUIT

**Defendant (1)**

**Christopher Carl Meier**
*TERMINATED: 11/25/2024*

represented by **Matthew Kyle Belcher**
Office of the Federal Public Defender
633 Seventeenth Street
Suite 1000
Denver, CO 80202
303-294-7002
Fax: 303-294-1192
Email: Matthew_Belcher@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Stephanie Maureen Snyder**
Federal Public Defender's Office
Districts of Colorado and Wyoming
633 17th Street
Suite 1000
Denver, CO 80202
303-294-7002
Fax: 303-294-1192
Email: stephanie_snyder@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**                                                              **Disposition**

| | |
|---|---|
| 18 U.S.C. § 2252A(a)(2) and (b)(1) - (Conspiracy to Distribute Child Pornography) (1) | Imprisonment for a term of four hundred twenty (420) months as to counts 1, 2, 3, 4, 5, and 6; to be served concurrently. Supervised release for a term of life as to counts 1, 2, 3, 4, 5, and 6; to be served concurrently. $600 Special Assessment. $12,000.00 AVAA Assessment. |
| 18 U.S.C. § 2252A(a)(2) and (b)(1) - (Distribution of Child Pornography) (2-6) | Imprisonment for a term of four hundred twenty (420) months as to counts 1, 2, 3, 4, 5, and 6; to be served concurrently. Supervised release for a term of life as to counts 1, 2, 3, 4, 5, and 6; to be served concurrently. $600 Special Assessment. $12,000.00 AVAA Assessment. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Alecia Lynne Riewerts** U.S. Attorney's Office District of Colorado 1801 California Street Suite 1600 Denver, CO 80202 303-454-0100 Fax: 303-454-0406 Email: Alecia.Riewerts@usdoj.gov *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

*Designation: Federal Agency Attorney*

**Kyle Patrick Reynolds**
U.S. Department of Justice
Criminal Division
1301 New York Avenue NW
Washington, DC 20530
202-616-2842
Email: kyle.reynolds@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/04/2023 | 1 | INDICTMENT as to Christopher Carl Meier (1) count(s) 1, 2-6. (Attachments: # 1 Criminal Information Sheet) (angar, ) (Entered: 10/05/2023) |
| 10/04/2023 | 2 | Arrest Warrant Issued in case as to Christopher Carl Meier. (angar, ) (Entered: 10/05/2023) |
| 10/04/2023 | 3 | RESTRICTED DOCUMENT - Level 4: as to Christopher Carl Meier. (angar, ) (Entered: 10/05/2023) |
| 10/12/2023 | 4 | Arrest of Christopher Carl Meier Initial Appearance set for 10/12/2023 02:00 PM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. (Text Only entry)(jcharl, ) (Entered: 10/12/2023) |
| 10/12/2023 | 5 | NOTICE OF ATTORNEY APPEARANCE Kyle Patrick Reynolds appearing for USA. Attorney Kyle Patrick Reynolds added to party USA(pty:pla) (Reynolds, Kyle) (Entered: 10/12/2023) |
| 10/12/2023 | 6 | COURTROOM MINUTES for proceedings held before Magistrate Judge Michael E. Hegarty: Initial Appearance as to Christopher Carl Meier held on 10/12/2023 Defendant present in custody. Defendant advised. CJA 23 executed. Court appoints counsel. Government requests detention. Arraignment/Discovery/Detention set for 10/17/2023 at 10:00 AM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. Defendant remanded. Hearing concluded. (Total time: 6 minutes, Hearing time: 2:32 p.m.-2:38 p.m.)<br><br>**APPEARANCES**: Alecia Riewerts on behalf of the Government, Josh Lilley on behalf of the defendant, Seth Junker on behalf of pretrial. FTR: A501. (cthom, ) (Entered: 10/12/2023) |
| 10/12/2023 | 7 | CJA 23 Financial Affidavit by Christopher Carl Meier. (cthom, ) (Entered: 10/12/2023) |
| 10/12/2023 | 8 | ORDER APPOINTING COUNSEL as to Christopher Carl Meier by Magistrate Judge Michael E. Hegarty on 10/12/2023. Text Only Entry (cthom, ) (Entered: 10/12/2023) |

| | | |
|---|---|---|
| 10/13/2023 | 9 | NOTICE OF ATTORNEY APPEARANCE: Stephanie Maureen Snyder appearing for Christopher Carl MeierAttorney Stephanie Maureen Snyder added to party Christopher Carl Meier(pty:dft) (Snyder, Stephanie) (Entered: 10/13/2023) |
| 10/16/2023 | 14 | Arrest Warrant Returned Executed on 10/12/2023 in case as to Christopher Carl Meier. (angar, ) (Entered: 10/17/2023) |
| 10/17/2023 | 10 | COURTROOM MINUTES for proceedings held before Magistrate Judge Michael E. Hegarty: Arraignment/Discovery/Detention Hearing as to Christopher Carl Meier held on 10/17/2023. Defendant present in custody. Plea of NOT GUILTY entered by Defendant. Discovery memorandum executed. Brady Act Advisement executed. Defendant proffers for release on conditions. Government proffers for detention. Defendant rebuttal proffer. Defendant ordered detained. Defendant remanded. Counsel is directed to chambers. Hearing concluded. (Total time: 1 hour and 10 minutes, Hearing time: 10:11 a.m.-11:21 a.m.) **APPEARANCES**: Alecia Riewerts on behalf of the Government, Stephanie Snyder on behalf of the defendant, Colin Linde on behalf of pretrial. FTR: A. (cthom, ) Text Only Entry (Entered: 10/17/2023) |
| 10/17/2023 | 11 | Discovery Conference Memorandum and ORDER: Estimated Trial Time - Five Days or Less as to Christopher Carl Meier by Magistrate Judge Michael E. Hegarty on 10/17/2023. (cthom, ) (Entered: 10/17/2023) |
| 10/17/2023 | 12 | ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE as to Christopher Carl Meier. Pretrial Motions due by **11/13/2023.** Responses due by **11/27/2023. If no motions are filed by 11/13/2023, the Court will deem Defendant to have waived any such motions.** If counsel believe an evidentiary hearing on motions is necessary, they shall confer and email Chambers at Rodriguez_Chambers@cod.uscourts.gov by no later than **11/29/2023** to set such a hearing. Trial Preparation Conference/Change of Plea Hearing set for **12/13/2023 at 4:00 PM** in Courtroom A 901 before Judge Regina M. Rodriguez. **Four-day**Jury Trial set to commence **12/18/2023 at 9:00 AM** in Courtroom A 901 before Judge Regina M. Rodriguez. Jury Selection is scheduled for the first day of trial. SO ORDERED by Judge Regina M. Rodriguez on 10/17/2023. Text Only Entry (rmrja) (Entered: 10/17/2023) |
| 10/17/2023 | 13 | ORDER OF DETENTION as to Christopher Carl Meier by Magistrate Judge Michael E. Hegarty on 10/17/2023. (jtorr, ) (Entered: 10/17/2023) |
| 10/24/2023 | 15 | BAIL REPORT as to Christopher Carl Meier. (rmaya, ) (Entered: 10/24/2023) |
| 10/31/2023 | 16 | Unopposed MOTION for Protective Order by USA as to Christopher Carl Meier. (Attachments: # 1 Proposed Order (PDF Only))(Riewerts, Alecia) (Entered: 10/31/2023) |
| 11/01/2023 | 17 | ORDER granting 16 Motion for Protective Order as to Christopher Carl Meier (1). SO ORDERED by Judge Regina M. Rodriguez on 11/1/2023. (rmrja) |

| | | (Entered: 11/01/2023) |
|---|---|---|
| 11/09/2023 | 18 | Unopposed MOTION for Order *to Exclude 120 Days from the Requirements of the Speedy Trial Act* by Christopher Carl Meier. (Snyder, Stephanie) (Entered: 11/09/2023) |
| 11/16/2023 | 19 | ORDER Granting 18 Defendant's Unopposed Motion to Exclude 120 Days from the Requirements of the Speedy Trial Act as to Christopher Carl Meier (1). The 70-day clock, exclusive of tolled time [remove this language if including tolled time], shall accordingly be extended from December 21, 2023, to April 19, 2024. The current trial date and all pretrial deadlines are hereby VACATED. The four-day jury trial is reset for April 15, 2024. The Trial Preparation Conference/Change of Plea Hearing is reset for April 9, 2024, at 3:00 PM. Defendant shall have to and including March 11, 2024, to file pretrial motions, and responses to these motions shall be filed by March 25, 2024. If no motions are filed by March 11, 2024, the Court will deem Defendant to have waived any such motions. If counsel believe an evidentiary hearing on motions is necessary, they shall confer and email Chambers at Rodriguez_Chambers@cod.uscourts.gov by March 27, 2024. ORDERED by Judge Regina M. Rodriguez on 11/16/2023. (angar, ) (Entered: 11/16/2023) |
| 03/11/2024 | 20 | Unopposed MOTION for Order *to Exclude 90 Days from the Requirements of the Speedy Trial Act* by Christopher Carl Meier. (Snyder, Stephanie) (Entered: 03/11/2024) |
| 03/15/2024 | 21 | ORDER GRANTING DEFENDANT'S SECOND UNOPPOSED MOTION TO EXCLUDE 90 DAYS FROM THE REQUIREMENTS OF THE SPEEDY TRIAL ACT. **IT IS HEREBY ORDERED THAT**: (1) Defendant's Motion, at ECF No. 20 , is GRANTED; (2) **The 70-day clock, exclusive of tolled time, shall accordingly be extended from April 19, 2024, to July 18, 2024**; (3) The current trial date and all pretrial deadlines are hereby **VACATED**. The **four-day jury** trial is reset for **July 15, 2024**. The Trial Preparation Conference/Change of Plea Hearing is reset for **July 9, 2024, at 3:00 PM**; (4) Defendant shall have to and including **June 10, 2024**, to file pretrial motions, and responses to these motions shall be filed by **June 24, 2024. If no motions are filed by June 10, 2024, the Court will deem Defendant to have waived any such motions**. If counsel believe an evidentiary hearing on motions is necessary, they shall confer and email Chambers at Rodriguez_Chambers@cod.uscourts.gov by **June 26, 2024**. SO ORDERED by Judge Regina M. Rodriguez on 03/15/2024. (jrobe, ) (Entered: 03/15/2024) |
| 06/10/2024 | 22 | NOTICE of Disposition by Christopher Carl Meier (Snyder, Stephanie) (Entered: 06/10/2024) |
| 06/12/2024 | 23 | ORDER re 22 Notice of Disposition as to Christopher Carl Meier. The Court AFFIRMS the Change of Plea Hearing set for Defendant on 7/9/2024, at 3:00PM in Courtroom A 901 before Judge Regina M. Rodriguez. This Change of Plea Hearing is set in lieu of the Final Trial Preparation Conference, which, along with the trial date, will remain as scheduled, and will not be vacated until |

| | | |
|---|---|---|
| | | Defendant's plea is entered and accepted by the Court. Counsel for the parties shall email a courtesy copy of the Plea Agreement to Judge Rodriguez's Chambers at Rodriguez_Chambers@cod.uscourts.gov and to the Probation Department no less than three business days (or by 7/4/2024) before the Change of Plea Hearing. If a courtesy copy is not timely submitted, the hearing may be vacated. The original and one copy of the Statement by Defendant and Plea Agreement shall be delivered to the courtroom deputy in the courtroom at the time of the hearing (D.C.COLO.LCrR 11.1(e)(1)). FURTHER ORDERED that defense counsel who has reviewed and advised Defendant regarding the facts, discovery, and plea agreement must attend this Change of Plea Hearing. SO ORDERED by Judge Regina M. Rodriguez on 6/12/2024. Text Only Entry (rmrja) (Entered: 06/12/2024) |
| 07/09/2024 | 24 | COURTROOM MINUTES for Change of Plea Hearing as to Christopher Carl Meier held before Judge Regina M. Rodriguez on 7/9/2024. Plea entered by Christopher Carl Meier (1) Guilty Count 1,2-6. Sentencing set for 10/15/2024 02:00 PM in Courtroom A 901 before Judge Regina M. Rodriguez. Court Reporter: Sadie Herbert. (kmyha) (Entered: 07/09/2024) |
| 07/09/2024 | 25 | Plea of Guilty and Statement of Facts Relevant to Sentencing (WithoutPlea Agreement) as to Christopher Carl Meier (kmyha) (Entered: 07/09/2024) |
| 07/09/2024 | 26 | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Defendant Christopher Carl Meier (kmyha) (Entered: 07/09/2024) |
| 07/30/2024 | 27 | Unopposed MOTION to Continue *Sentencing Hearing* by Christopher Carl Meier. (Snyder, Stephanie) (Entered: 07/30/2024) |
| 07/31/2024 | 28 | ORDER granting 27 Motion to Continue Sentencing as to Christopher Carl Meier (1). The Sentencing previously set for 10/15/2024 is VACATED and RESET for 11/13/2024 at 3:00 PM in Courtroom A 901 before Judge Regina M. Rodriguez. SO ORDERED by Judge Regina M. Rodriguez on 7/31/2024. Text Only Entry (rmrja) (Entered: 07/31/2024) |
| 08/11/2024 | 29 | NOTICE OF ATTORNEY APPEARANCE: Matthew Kyle Belcher appearing for Christopher Carl MeierAttorney Matthew Kyle Belcher added to party Christopher Carl Meier(pty:dft) (Belcher, Matthew) (Entered: 08/11/2024) |
| 10/09/2024 | 30 | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Christopher Carl Meier (Attachments: # 1 Exhibit A - Recommendation) (agalv) (Entered: 10/09/2024) |
| 10/23/2024 | 31 | OBJECTION/RESPONSE to Presentence Report 30 by Christopher Carl Meier (Snyder, Stephanie) (Entered: 10/23/2024) |
| 10/24/2024 | 32 | OBJECTION/RESPONSE to Presentence Report by USA as to Christopher Carl Meier (Riewerts, Alecia) (Entered: 10/24/2024) |
| 10/30/2024 | 33 | MOTION for Non-Guideline Sentence by Christopher Carl Meier. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 |

| | | |
|---|---|---|
| | | Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Snyder, Stephanie) (Entered: 10/30/2024) |
| 10/30/2024 | 34 | SENTENCING STATEMENT by USA as to Christopher Carl Meier (Reynolds, Kyle) (Entered: 10/30/2024) |
| 11/06/2024 | 35 | RESTRICTED PRESENTENCE REPORT as to Christopher Carl Meier (Attachments: # 1 Exhibit A - Revised Recommendation). (agalv) (Entered: 11/06/2024) |
| 11/06/2024 | 36 | RESTRICTED ADDENDUM to Presentence Report 35 as to Christopher Carl Meier (Attachments: # 1 Exhibit A - Letter and Photos). (agalv) (Entered: 11/06/2024) |
| 11/06/2024 | 37 | RESPONSE by USA as to Christopher Carl Meier re: 31 Objection/Response to Presentence Report filed by Christopher Carl Meier (Reynolds, Kyle) (Entered: 11/06/2024) |
| 11/06/2024 | 38 | MOTION for Decrease for Acceptance of Responsibility by USA as to Christopher Carl Meier. (Attachments: # 1 Proposed Order (PDF Only)) (Riewerts, Alecia) (Entered: 11/06/2024) |
| 11/07/2024 | 39 | RESPONSE to Motion by USA as to Christopher Carl Meier re 33 MOTION for Non-Guideline Sentence (Riewerts, Alecia) (Entered: 11/07/2024) |
| 11/13/2024 | 40 | COURTROOM MINUTES for Sentencing as to Christopher Carl Meier held before Judge Regina M. Rodriguez on 11/13/2024. Denying 33 Motion for Non-Guideline Sentence as to Christopher Carl Meier (1); Granting 38 Motion for Decrease for Acceptance of Responsibility as to Christopher Carl Meier (1). Defendant sentenced as reflected on the record. Court Reporter: Sadie Herbert. (kmyha) (Entered: 11/14/2024) |
| 11/14/2024 | 41 | ORDER as to Christopher Carl Meier. This matter comes before the Court pursuant to the sentencing hearing held on 11/13/2024. It is ORDERED that while under supervision Christopher Carl Meier must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in location where you reside, work, are a student, or was convicted of a qualifying offense. SO ORDERED by Judge Regina M. Rodriguez on 11/14/2024. Text Only Entry (kmyha) (Entered: 11/14/2024) |
| 11/25/2024 | 42 | JUDGMENT as to defendant Christopher Carl Meier (1). Counts 1-6: Imprisonment for a term of four hundred twenty (420) months as to counts 1, 2, 3, 4, 5, and 6; to be served concurrently. Supervised release for a term of life as to counts 1, 2, 3, 4, 5, and 6; to be served concurrently. $600 Special Assessment. $12,000.00 AVAA Assessment. Entered by Judge Regina M. Rodriguez on 11/25/2024. (kmyha) (Entered: 11/25/2024) |
| 11/25/2024 | 43 | STATEMENT OF REASONS as to Christopher Carl Meier. (kmyha) (Entered: 11/25/2024) |

| 12/03/2024 | 44 | NOTICE OF APPEAL as to 42 Judgment, by Christopher Carl Meier. (Snyder, Stephanie) (Entered: 12/03/2024) |
|---|---|---|
| 12/04/2024 | 45 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 44 Notice of Appeal as to Christopher Carl Meier to the U.S. Court of Appeals. ( FPD, Fee not paid,) (Attachments: # 1 Preliminary Record) (ccuen, ) (Entered: 12/04/2024) |
| 12/04/2024 | 46 | USCA Case Number as to Christopher Carl Meier 24-1480 for 44 Notice of Appeal filed by Christopher Carl Meier. (ccuen, ) (Entered: 12/04/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/17/2024 09:05:00 | | | |
| **PACER Login:** | skieval7245 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:23-cr-00419-RMR |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |