

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

JEFFREY P. COLWELL

CLERK OF COURT

Room A-105
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

February 10, 2025

Clerk
U.S. Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO  80257

RE:   USA v. Meier

District Court Case No.  23-cr-00419-RMR
Court of Appeals Case No.  24-1480

Dear Clerk:

Enclosed please find the Record on Appeal in  (3)  three  volume(s) which consist of the following:

Volume I - Electronic Pleadings
Volume II -  Restricted Level 2 Pleadings
Volume III - Transcripts

JEFFREY P. COLWELL, CLERK

By:  s/  C. Cuenca
Deputy Clerk